IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BILLY WHITEHEAD                                      PLAINTIFF

v.                          4:13-cv-186-DPM-JTK

WASHINGTON COUNTY DETENTION
CENTER; HOWARD, Dr., Washington
County Detention Center; JANE DOES,
Rhonda and Peggy, Nurses, Washington
County Detention Center                                      DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there, and the events complained of allegedly occurred there. 28 U.S.C. § 1406(a). The Clerk is directed to immediately[*] transfer Whitehead's entire case file to the Western District of Arkansas, Fayetteville Division, 510 John Paul Hammerschmidt Federal Bldg., P.O. Box 6420, Fayetteville, AR 72701-6420.

---

[*] There is no need to wait a reasonable time. *In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982), because the receiving Court is also in the Eighth Circuit and, if he wants to do so, Whitehead can challenge the transfer by taking his appeal from that Court as easily and completely as he could appeal from this Court.

So Ordered.

*[signature]*

D. P. Marshall Jr.
United States District Judge

17 April 2013